**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| POWER MANAGEMENT ENTERPRISES, LLC, a Texas Limited Liability Company, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SONY CORPORATION OF AMERICA, a New York corporation, )<br>)<br>Defendant. ) | Civil Action No. 2:13-cv-644 |

**PLAINTIFF'S JURY DEMAND**

Pursuant to Local Rule CV-38(a), Plaintiff Power Management Enterprises, LLC respectfully demands a jury trial on all issues so triable.

August 19, 2013

Respectfully submitted,

By: /s/Andrew W. Spangler
Andrew W. Spangler
State Bar No. 24041960
**SPANGLER & FUSSELL P.C.**
208 N. Green Street, Suite 300
Longview, Texas 75601
Telephone: 903-753-9300
Facsimile: 903-553-0403
Email: spangler@sfipfirm.com

Attorneys for Plaintiff Power Management Enterprises, LLC